| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOSEPH CALCOTE<br>28611 BLOOM LANE<br>SANTA CLARITA, CA 91350<br>818-624-6244<br><br>☒ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY<br><br>**FILED**<br>MAR 01 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JOSEPH CALCOTE<br><br><br><br>Debtor(s). | CASE NO.: 23-11156ER<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/25/2023    JOSEPH CALCOTE                          /s/ Joseph Calcote
                    Printed name of Debtor 1                Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1002-1.EMP.INCOME.DEC