| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ *Debtor(s) appearing without an attorney* <br> ☐ *Attorney for Debtor(s)* | **FILED** <br> MAR 07 2023 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re: JOSEPH CALCOTE | CASE NO.: 2:23-bk-11156-ER <br> CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE** <br> [11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 3/7/2023    JOSEPH CALCOTE    _[signature]_
                  Printed name of Debtor 1         Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                           Page 1                          F 1002-1.EMP.INCOME.DEC

| JONCOWEST LLC | JOSEPH CALCOTE | |
|---|---|---|
| 268 N LINCOLN AVE | EMPLOYEE ID: 546 | |
| SUITE 8 | DEPARTMENT: 1104110 |  |
| CORONA CA 92882 | CHECK:        1 | |

FEIN: 46-3329567
Pay Period   01/02/2023 - 01/15/2023           FITWH   Filing Status: M
Pay Date     01/20/2023                        CA      Filing Status: M  Exemptions: BLOCKED

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | 3,230.77 | | 6,461.54 |
| Total | | | $3,230.77 | | $6,461.54 |

Total Hours Worked

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 24.00 | 0.00 | 24.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 46.85 | 93.70 |
| SOC | 200.31 | 400.62 |
| CASDI | 29.08 | 58.16 |
| Total | $276.24 | $552.48 |
| Net Pay | | $2,954.53 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JONCOWEST LLC
268 N LINCOLN AVE
SUITE 8                                            Check #  1
CORONA CA 92882                                    Date     01/20/2023

Pay this Amount
| TWO THOUSAND NINE HUNDRED FIFTY FOUR & 53/100 DOLLARS*** | $*****2,954.53 |
|---|---|

                                        1104110
Pay to the
Order of        JOSEPH CALCOTE                              
                901 E LA PALMA DR APT 3
                INGLEWOOD CA 90301-3424

JONCOWEST LLC  
268 N LINCOLN AVE  
SUITE 8  
CORONA CA 92882  

JOSEPH CALCOTE  
EMPLOYEE ID: 546  
DEPARTMENT: 1104110  
CHECK:    1  

**Paycor**

FEIN: 46-3329567  
Pay Period    01/16/2023 - 01/29/2023  
Pay Date    02/03/2023  

FITWH    Filing Status: M  
CA    Filing Status: M  Exemptions: BLOCKED  

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | 3,230.77 | | 9,692.31 |
| Total | | | $3,230.77 | | $9,692.31 |

**Total Hours Worked**

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 46.85 | 140.55 |
| SOC | 200.31 | 600.93 |
| CASDI | 29.08 | 87.24 |
| Total | $276.24 | $828.72 |
| **Net Pay** | | **$2,954.53** |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JONCOWEST LLC  
268 N LINCOLN AVE  
SUITE 8  
CORONA CA 92882  

Check #  1  
Date    02/03/2023  

Pay this Amount  

| TWO THOUSAND NINE HUNDRED FIFTY FOUR & 53/100 DOLLARS*** | $*****2,954.53 |
|---|---|

Pay to the  
Order of  

1104110  
JOSEPH CALCOTE  
901 E LA PALMA DR APT 3  
INGLEWOOD CA 90301-3424  

# VOID

JONCOWEST LLC  
268 N LINCOLN AVE  
SUITE 8  
CORONA CA 92882  

JOSEPH CALCOTE  
EMPLOYEE ID: 546  
DEPARTMENT: 1104110  
CHECK:            1  



FEIN: 46-3329567  
Pay Period  01/30/2023  -  02/12/2023  
Pay Date    02/17/2023  

FITWH   Filing Status: M  
CA      Filing Status: M  Exemptions: BLOCKED  

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | 3,230.77 | | 12,923.08 |
| Total | | | $3,230.77 | | $12,923.08 |

Total Hours Worked

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 46.85 | 187.40 |
| SOC | 200.31 | 801.24 |
| CASDI | 29.08 | 116.32 |
| Total | $276.24 | $1,104.96 |

Net Pay                $2,954.53

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JONCOWEST LLC  
268 N LINCOLN AVE  
SUITE 8  
CORONA CA 92882  

Check #  1  
Date    02/17/2023  

Pay this Amount  

| TWO THOUSAND NINE HUNDRED FIFTY FOUR & 53/100 DOLLARS*** | $*****2,954.53 |
|---|---|

1104110  

Pay to the  
Order of  

JOSEPH CALCOTE  
901 E LA PALMA DR APT 3  
INGLEWOOD CA 90301-3424  



| JONCOWEST LLC | JOSEPH CALCOTE | |
|---|---|---|
| 268 N LINCOLN AVE | EMPLOYEE ID: 546 | |
| SUITE 8 | DEPARTMENT: 1104110 | **Paycor** |
| CORONA CA 92882 | CHECK:    1 | |

FEIN: 46-3329567
Pay Period  02/13/2023 - 02/26/2023          FITWH    Filing Status: M
Pay Date    03/03/2023                        CA       Filing Status: M  Exemptions: BLOCKED

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | 3,230.77 | | 16,153.85 |
| **Total** | | | $3,230.77 | | $16,153.85 |

**Total Hours Worked**

| **Time Off (hours)** | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Sick | 24.00 | 0.00 | 24.00 |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| MED | 46.85 | 234.25 |
| SOC | 200.31 | 1,001.55 |
| CASDI | 29.08 | 145.40 |
| **Total** | $276.24 | $1,381.20 |
| **Net Pay** | | $2,954.53 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JONCOWEST LLC
268 N LINCOLN AVE
SUITE 8                                              Check #   1
CORONA CA 92882                                      Date      03/03/2023

Pay this Amount

| TWO THOUSAND NINE HUNDRED FIFTY FOUR & 53/100 DOLLARS*** | $*****2,954.53 |
|---|---|

1104110

Pay to the
Order of        JOSEPH CALCOTE                       
                901 E LA PALMA DR APT 3              **VOID**
                INGLEWOOD CA 90301-3424