Elissa D. Miller, Trustee
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 626-2311

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

# CONTINUED 341 MEETING

| | |
|---|---|
| In re: | Case No. 23-11156-ER |
| CALCOTE, JOSEPH | Chapter 7 |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT THE 341 MEETING HAS BEEN CONTINUED TO:

Date: April 19, 2023 Time: 02:00 PM

LOCATION: **Telephonic Meeting**
Here is the dial-in: 866-918-5491 and enter the Participant Code: 9337603

Make the call from a quiet area where there is as little background noise as possible. Do not use a speaker phone. Immediately place your phone on mute. As more than one Meeting will be held during this period, listen for your case to be called.  When your case is called, unmute your phone and identify yourself.  If you become disconnected before your Meeting is finished, call back.

☒  Debtor to provide contact information for spouse and 3 months of bank account statements to the chapter 7 trustee and respond to the communication from the Office of the US Trustee.  Please contact the trustee assistant two (2) days prior to the continued meeting date to determine if an appearance is necessary.

DATED: April 4, 2023               /s/ Elissa D. Miller
                                   Elissa D. Miller, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on April 4, 2023.

                                   /s/ Lupe Cortez
                                   Trustee Administrator
                                   Lupe.cortez@gmlaw.com