| | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUL 18 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza DEPUTY CLERK |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>JOSEPH CALCOTE,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-11156-ER    CHAPTER: 7<br><br>**ORDER GIVING REAFFIRMATION AGREEMENT INSTRUCTIONS FOR THE DEBTOR TO:**<br><br>(1) **Participate in the PUBLIC COUNSEL <u>REAFFIRMATION PROGRAM</u>** (by Zoom)<br><br>    <u>DATE</u>: **July 25, 2023**<br>    <u>TIME</u>: ***11:00 a.m.***<br><br>(2) **Attend your REAFFIRMATION AGREEMENT <u>HEARING WITH THE JUDGE</u>** (by Telephone)<br><br>    <u>DATE</u>: **July 25, 2023**<br>    <u>TIME</u>: ***1:00 p.m***.|
| | **THE DEBTOR MUST FOLLOW THE INSTRUCTIONS ON THE BACK SIDE OF THIS ORDER** |

Date: July 18, 2023

                                                        Vincent P. Zurzolo
                                                        United States Bankruptcy Judge

---

This form has been approved for use in hearings held by Judge Vincent P. Zurzolo.

## FOLLOW THESE STEPS TO PARTICIPATE IN THE PUBLIC COUNSEL PROGRAM

Public Counsel is a free legal service that provides a counselor
who can explain the risks and benefits of a reaffirmation agreement
and describe the problems that can occur if you default on payments.

The Public Counsel Reaffirmation Program is on Zoom and begins at **11:00 a.m.**
All debtors **must** meet with a counselor from Public Counsel about reaffirmation agreements.

| Log onto Zoom Before 11:00 a.m. | |
| --- | --- |
| Type this link into your web browser. You may use a computer, laptop, tablet, or smartphone. | **https://cacb.zoomgov.com/j/1610996377** |
| Insert the Meeting ID | **161 099 6377** |
| Insert the Password | **136821** |
| After you are logged onto Zoom, the host will check you in to the program | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FOLLOW THESE STEPS TO ATTEND THE COURT HEARING BY TELEPHONE

Bankruptcy Judge Vincent Zurzolo will preside at your court hearing,
though your bankruptcy case may have been assigned to a different judge.
The hearing is by telephone and begins at **1:00 p.m.**

Judge Zurzolo will discuss your reaffirmation agreement
and inform you whether he decides that the reaffirmation agreement
is in your best interest or constitutes an undue hardship on you.

| Call the Telephone Number Before 12:45 p.m. | |
| --- | --- |
| Call this number from a land line or cell phone. | **(669) 254-5252** |
| Insert the Meeting ID | **161 099 6377** |
| Insert the Passcode | **136821** |
| After you are on the line, mute your phone and wait for the judge to call your matter. | |

This form has been approved for use in hearings held by Judge Vincent P. Zurzolo.

*September 2022*                    Page 2                    **VZ INSTRUCTIONS.REAFFIRMATION.HEARING**

**SIGA ESTOS PASOS PARA PARTICIPAR EN EL PROGRAMA DE PUBLIC COUNSEL**

Public Counsel es un servicio legal gratuito que le provee un(a) consejero(a) que le explicará los riesgos y beneficios de un acuerdo de reafirmación y le describirá los problemas que pueden ocurrir si si hay una fecha del impago.

El Programa de Reafirmación de Public Counsel es en Zoom y comienza a las **11:00 a.m**. Cada deudor **deberá** de reunirse con un(a) consejero(a) de Public Counsel sobre los acuerdos de reafirmación.

| Inicie sesión en Zoom antes de las 11:00 a.m. ||
|---|---|
| Escriba este enlace en su navegador web. Puede usar una computadora, laptop, tableta o teléfono inteligente. | **https://cacb.zoomgov.com/j/1610996377** |
| Escriba el ID de la reunión | **161 099 6377** |
| Escriba la Contraseña | **136821** |
| Después de que usted ha iniciado sesión en Zoom, el organizador lo registrará en el programa ||

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SIGA ESTOS PASOS PARA APARECER EN A LA AUDIENCIA JUDICIAL POR TELÉFONO**

El juez de bancarrota Vincent Zurzolo presidirá en su audiencia de la corte, aunque su caso de bancarrota puede haber sido asignado a un juez diferente. La audiencia es telefónica y comienza a la **1:00 p.m**.

El Juez Zurzolo discutirá su acuerdo de reafirmación y le informará si decide que el acuerdo de reafirmación es en su mejor interés o le causa dificultades que son demasiado.

| Llame al número de teléfono antes de las 12:45 p.m. ||
|---|---|
| Llame a este número desde un teléfono fijo o un teléfono celular. | **(669) 254-5252** |
| Ingrese el ID de reunion | **161 099 6377** |
| Ingrese la Contraseña | **136821** |
| Después de que esta en la línea, silencie su teléfono y espere a que el juez llame a su asunto. ||

This form has been approved for use in hearings held by Judge Vincent P. Zurzolo.

*September 2022*  Page 3  **VZ INSTRUCTIONS.REAFFIRMATION.HEARING**